FILE COPY

# IN THE SUPREME COURT OF TEXAS

## NO. 12-0045

ROBERT WAYNE SNEED, JAMES H. TICHENOR, FRED WOLGEL, JAMES F. O'DONNELL, TEXAS UNITED CORPORATION, AND UNITED SALT CORPORATION, PETITIONERS

V.

LLOYD P. WEBRE, JR., INDIVIDUALLY AND DERIVATIVELY ON BEHALF OF TEXAS UNITED CORPORATION AND UNITED SALT CORPORATION, RESPONDENTS

No. *2009-23093* in the *11th District Court*, *Harris* County

## BILL OF COSTS

### *Petition for Review*

| Type of Fee | Charges | Paid | By |
|---|---|---|---|
| Exhibits Filed | $25.00 | $25.00 | Paid by Lloyd P. Webre, Jr. |
| Miscellaneous Motion | $10.00 | $10.00 | Paid by Lloyd P. Webre, Jr. |
| Submiss/Oral Argument | $75.00 | $75.00 | Paid by Texas United Corporation, et al. |
| Miscellaneous Motion | $10.00 | $10.00 | Paid by Robert Wayne Sneed |
| Miscellaneous Motion | $10.00 | $10.00 | Paid by Lloyd P. Webre, Jr. |
| Miscellaneous Motion | $10.00 | $10.00 | Paid by Lloyd P. Webre, Jr. |
| Miscellaneous Motion | $10.00 | $10.00 | Paid by Texas United Corporation, et al. |
| Miscellaneous Motion | $10.00 | $10.00 | Paid by Lloyd P. Webre, Jr. |
| Miscellaneous Motion | $10.00 | $10.00 | Paid by Lloyd P. Webre, Jr. |
| Petition for Review Filed | $125.00 | $125.00 | Paid by Robert Wayne Sneed |
| M/E/T to file Petition | $10.00 | $10.00 | Paid by Texas United Corporation, et al. |
| | | | |
| Clerk's Record | $726.00 | Unknown | 3 Volumes |

FILE COPY

Balance of costs owing to the Supreme Court of Texas:     **0.00**

---

*Lloyd P. Webre, Jr. shall recover, and Robert Wayne Sneed, James H. Tichenor, Fred Wolgel, James F. O'Donnell, Texas United Corporation, and United Salt Corporation shall pay, the costs incurred in this Court and in the court of appeals.*

---

**I, BLAKE A. HAWTHORNE, CLERK** of the Supreme Court of Texas, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of the Supreme Court of Texas, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

with the seal thereof annexed, at the City of Austin, this the 9th day of July, 2015.

BLAKE A. HAWTHORNE, Clerk

By Monica Zamarripa, Deputy Clerk